United States District Court
Southern District of Texas
**ENTERED**
August 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:21-CR-1048 |
| § | |
| ALFONSO GOMEZ-HERNANDEZ § | |

### ORDER ADVANCING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for September 16, 2021) is hereby reset for sentencing on August 17, 2021, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED August 16, 2021, at McAllen, Texas.

Randy Crane
United States District Judge